UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

EDWIN CODRINGTON

VERSUS

VANNOY, ET AL.

CIVIL ACTION

19-434-SDD-EWD

**RULING**

The Court has carefully considered the *Complaint*[1] filed by Plaintiff, the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated December 11, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's action is hereby DISMISSED, WITH PREJUDICE, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction relative to Plaintiff's potential state law claims.

**IT IS FURTHER ORDERED** that Plaintiff's pending *Motion for Appointment Counsel*[4] is hereby DENIED AS MOOT.

Signed in Baton Rouge, Louisiana on January 2, 2020.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 10.
[3] Rec. Doc.11.
[4] Rec. Doc. 6.